IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENDRICK OMAR HILL, #266173, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 3:22-CV-163-RAH-KFP ) |
| JOSEPH H. HEADLEY, et al., | ) ) ) |
| Respondents. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 18, 2025. (Doc. 14.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure to prosecute and comply with an Order of the Court.

Final Judgment will be entered separately.

DONE, on this the 14th day of April 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE